1010

[No. 36005-1-I.    Division One.    September 9, 1996.]

*In the Matter of the Marriage of* MICHAEL W. POTTER, *Appellant,* and MARIE H. POTTER,. *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 91-3-00731-5, Wm. Thomas McPhee, J., entered March 22, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36091-4-I.    Division One.    September 9, 1996.]

INTERCOMMUNITY-MERCY WASHINGTON II LIMITED PARTNERSHIP, *Respondent,* v. WILLIAM M. WALLACE, JR., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-26328-5, Nancy A. Holman, J., entered January 9, 1995. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Kennedy, JJ.

[No. 36158-9-I.    Division One.    September 9, 1996.]

ROSIE KIRKLAND, *Respondent,* v. FRED MEYER, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-14472-3, Charles W. Mertel, J., entered January 20, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid and Becker, JJ.

[No. 36170-8-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. VASA L. COFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-06968-5, LeRoy McCullough, J., entered February 13, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Grosse, J.